UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SETH E. WILLARD

v.  CA 09-401 ML

RICHARD DESTEFANO, JR., et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on November 3, 2009. The Magistrate Judge recommends that this Court dismiss the Complaint with prejudice. Plaintiff has not filed any objection.

This Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED with prejudice.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December 3, 20009